Lawton Carl SMITH, Jr., Plaintiff–Appellant,

v.

CITY OF SAVANNAH, Michael B. Brown, Defendants–Appellees.

No. 05–15464

Non–Argument Calendar.

D.C. Docket No. 04–00134–CV–4.

United States Court of Appeals, Eleventh Circuit.

March 7, 2006.

William J. Atkins, A. Lee Parks, Jr., Eleanor Mixon Attwood, Parks, Chesin & Walbert, P.C., Atlanta, GA, for Plaintiff–Appellant.

James Benjamin Blackburn, Wiseman, Blackburn & Futrell, Patrick T. O'Connor, Patricia Tanzer Paul, Oliver, Maner & Gray, LLP, Savannah, GA, for Defendants–Appellees.

Before TJOFLAT, DUBINA and HULL, Circuit Judges.

PER CURIAM:

After reviewing the record and the briefs in this case, we agree with the district court—for the reasons stated in its September 8, 2005 order granting summary judgment—that Mr. Smith would have been demoted for insubordination notwithstanding the email he wrote on May 16, 2002, as president of the Chatham County Fire Chiefs Association, and that

Mr. Brown is entitled to qualified immunity.

AFFIRMED.